| Return | | |
|---|---|---|
| Case No.: 3:14mj8 | Date and time warrant executed: 1/11/14 12:10 pm | Copy of warrant and inventory left with: USPIS – Charlotte Division Headquarters |

Inventory made in the presence of : Postal Inspector K. Sweeny

Inventory of the property taken and name of any person(s) seized:

2 bundles of a green leafy substance field tested positive for marijuana weighing approximately 1036.8 grams.

FILED
CHARLOTTE, NC

JAN 17 2014

US District Court
Western District of NC

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1-17-14

Executing officer's signature

Edgar Sanabria  E. Sanabria
U.S. Postal Inspector
Printed name and title